UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DOMINIQUE OSANDE,**

    **Plaintiff,**

v.                                       **Case No. 8:25-cv-00093-JLB-AAS**

**ANN COFFIN,**

    **Defendant.**

_____/

## ORDER

Plaintiff Dominique Osande, proceeding pro se, requests that the court direct service of process by United States Marshal. (Doc. 6).

The Federal Rules of Civil Procedure provide that "[a]t the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal." Fed. R. Civ. P. 4(c)(3). "If the plaintiff is not authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916, Rule 4 leaves to the court's discretion the decision as to whether appointing a U.S. Marshal to effectuate service would be appropriate." *Bryant v. Publix Super Markets, Inc.*, No. 1:20-CV-3916-JPB-CCB, 2020 WL 10066391, at *1 (N.D. Ga. Nov. 23, 2020). But, before directing the U.S. Marshal to effect service, the court "should determine whether [the] plaintiff has exhausted other reasonable means of effecting service privately[.]" *Shaw v. Hall*, No. 5:12-

CV-0135-CAR-MSH, 2013 WL 5571235, at *13 (M.D. Ga. Oct. 9, 2013); *see also Rainey v. Ga. Dep't of Juv. Justice*, No. 1:06-CV-1834-BBM, 2006 WL 8433760, at *1 (N.D. Ga. Sept. 25, 2006) (holding that a private plaintiff requesting a discretionary order directing service by the U.S. Marshal must show that she is unable to effect service by other means provided under the Federal Rules).

Ms. Osande has not shown that she has attempted to serve the defendant via a private process server or other means. Accordingly, Ms. Osande's motion for an order directing service of process by U.S. Marshal (Doc. 6) is **DENIED without prejudice**.

**ORDERED** in Tampa, Florida, on February 19, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge